UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SHAWN WOODWARD,

                          Plaintiff,

    -against-                                  9:13-CV-1304 (LEK/DJS)

DR. ALI, *et al.*,

                          Defendants.
_____

## ORDER

**I.    INTRODUCTION**

This matter comes before the Court following a Report-Recommendation filed on August 10, 2018, by the Honorable Daniel J. Stewart, U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3. Dkt. No. 165 ("Report-Recommendation").

**II.    LEGAL STANDARD**

Within fourteen days after a party has been served with a copy of a magistrate judge's report-recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b); L.R. 72.1(c). If no objections are made, or if an objection is general, conclusory, perfunctory, or a mere reiteration of an argument made to the magistrate judge, a district court need review that aspect of a report-recommendation only for clear error. Barnes v. Prack, No. 11-CV-857, 2013 WL 1121353, at *1 (N.D.N.Y. Mar. 18, 2013); Farid v. Bouey, 554 F. Supp. 2d 301, 306–07, 306 n.2 (N.D.N.Y. 2008), abrogated on other grounds by Widomski v. State Univ. of N.Y. at Orange, 748 F.3d 471 (2d Cir. 2014); see also Machicote v. Ercole, No. 06-CV-13320, 2011 WL 3809920, at *2 (S.D.N.Y. Aug. 25, 2011) ("[E]ven a *pro se* party's objections to a

Report and Recommendation must be specific and clearly aimed at particular findings in the magistrate's proposal, such that no party be allowed a second bite at the apple by simply relitigating a prior argument."). "A [district] judge . . . may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." § 636(b). Otherwise, a court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." Id.

## III. DISCUSSION

No objections were filed in the allotted time period. Docket. Thus, the Court has reviewed the Report-Recommendation for clear error and has found none.

## IV. CONCLUSION

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 165) is **APPROVED and ADOPTED in its entirety**; and it is further

**ORDERED**, that Defendants' Motion for Summary Judgment (Dkt. No. 148) is **GRANTED in part and DENIED in part**; and it is further

**ORDERED**, that all claims against Law and Baldwin are **DISMISSED with prejudice**; and it is further

**ORDERED**, that the claims against Dr. Ali and Daniel F. Martuscello under RLUIPA and the Eighth Amendment are **DISMISSED**, on consent, and **with prejudice**, but that the First Amendment claims against them remain for trial; and it is further

**ORDERED**, that the due process claim against Stevenson remains for trial, but that it is limited to the allegation that Stevenson prohibited Plaintiff from attending his disciplinary hearing; and it is further

**ORDERED**, that the remaining defendants' motion for qualified immunity is **DENIED** at this time; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order on all parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

DATED:   August 31, 2018
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge