UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SHAWN WOODWARD,

                               Plaintiff,

   -v-                                          9:13-CV-1304
                                                 (DNH/DJS)

DR. ALI, Muslim Chaplain, Coxsackie
Correctional Facility; DANIEL F.
MARTUSCELLO, Superintendent,
Coxsackie Correctional Facility; and
STEVENSON, C.O.,

                               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

SHAWN WOODWARD
Plaintiff pro Se
00-A-6563
Franklin Correctional Facility
P.O. Box 10
Malone, NY 12953

HON. LETITIA JAMES                        JOSHUA E. MCMAHON, ESQ.
Attorney General for the State of New York   Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Pro se plaintiff Shawn Woodward brought this civil rights action pursuant to 42

U.S.C. § 1983. On or about March 18, 2019, the parties consented to have this action

referred to the Honorable Daniel J. Stewart, United States Magistrate Judge. See 28 U.S.C. § 636(c). The case was thereafter scheduled for trial beginning on July 22, 2019 in front of Magistrate Judge Stewart. Plaintiff has since requested to withdraw that consent. Dkt. 194, 197.

On June 7, 2019, Magistrate Judge Stewart advised by Report-Recommendation that plaintiff's motion to vacate the consent to proceed before him be denied. Plaintiff filed objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

Plaintiff's motion to vacate the consent to proceed before United States Magistrate Judge Daniel J. Stewart is DENIED.

IT IS SO ORDERED.

United States District Judge

Dated: July 3, 2019
    Utica, New York.